UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
MARTINEZ, JUAN F § Case No. 11-01194
MARTINEZ, HILDA §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
10:00 a.m.
on Thursday, January 5, 2012
in Courtroom 250 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth S. Gardner_____


*Elizabeth C. Berg, Trustee*
*19 S, LaSalle Street  #1500*
*Chicago, IL 60603*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MARTINEZ, JUAN F § Case No. 11-01194
MARTINEZ, HILDA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,798.25 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,798.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,429.82 | $ 0.00 | $ 1,429.82 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,429.82 |
| Remaining Balance | | $ | 5,368.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,262.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 65.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, N.A | $ 685.67 | $ 0.00 | $ 445.49 |
| 000002 | Chase Bank USA, N.A. | $ 7,577.12 | $ 0.00 | $ 4,922.94 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,368.43 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S, LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Juan F Martinez  
Hilda Martinez  
    Debtors

Case No. 11-01194-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: bchavez    Page 1 of 2    Date Rcvd: Nov 16, 2011  
                Form ID: pdf006    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2011.

```
db/jdb     +Juan F Martinez,   Hilda Martinez,   118 Regent Drive,   Gilberts, IL 60136-4056
17520557   +Capital One,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,TX 75374-0933
16666013    Chase,   Cardmember Services,   P O Box 15299,   Wilmington, DE 19850-5299
17532912    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16666012   +Chicago Legal LLC,   3833 S Harlem Ave,   Berwyn, IL 60402-3925
16666014    Citi,   P O Box 6000,   The Lakes, NV 89163-6000
16666015   +Credit First,   PO Box 81083,   Clevland, OH 44181-0083
16666016   +Diamond Resorts Sedona Arizona,   3865 W Cheyenne,   North Las Vegas, NV 89032-3431
16666017    Emc Mortgage Corp,   P O Box 293150,   Lewisville, TX 75029-3150
16666018   +GMAC Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
16666019   +Home Depot/CBSD,   PO Box 9714,   Gray, TN 37615-9714
16666011   +Martinez Hilda,   118 Regent Drive,   Gilberts, IL 60136-4056
16666010   +Martinez Juan F,   118 Regent Drive,   Gilberts, IL 60136-4056
16666021   +Menards,   P O Box 703,   Wood Dale, IL 60191-0703
16666022    Nissan Motor,   P.O. 685003,   Franklin, TN 37068-5003
16666023   +The City Of Rockford,   PO Box 1221,   Rockford, IL 61105-1221
16666024   +Wells Fargo Home Mortgage,   P O Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16666020     E-mail/PDF: cr-bankruptcy@kohls.com Nov 17 2011 04:45:49     Kohls,   PO Box 3043,
             Milwaukee, WI 53201-3043
                                                                                             TOTAL: 1
```

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2011**                          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Nov 16, 2011
                              Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2011 at the address(es) listed below:

         Christopher R Murphy    on behalf of Creditor   GMAC Mortgage, LLC cmurphy@fisherandshapirolaw.com,
          BK_IL_Notice@fisherandshapirolaw.com
         Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com
         Karen   Walin    on behalf of Debtor Juan Martinez kwalin@chicagolegalllc.com,
          cdwalin@comcast.net;jkunowski@chicagolegalllc.com;smarrero@chicagolegalllc.com
         Lydia Y Siu    on behalf of Creditor   EMC Mortgage Corporation lsiu@atty-pierce.com,
          northerndistrict@atty-pierce.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                       TOTAL: 5