UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
MARTINEZ, JUAN F                    §    Case No. 11-01194
MARTINEZ, HILDA                     §
                                    §
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on                    . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Elizabeth C. Berg, Trustee_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Diamond Resorts Sedona Arizona 3865 W Cheyenne North Las Vegas, NV  89032 |  |  |  |  |  |
|  | Emc Mortgage Corp P O Box 293150 Lewisville, TX 75029-3150 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Mortgage 3451 Hammond Ave Waterloo, IA 50704-0780 | | | | | |
| | Nissan Motor P.O. 685003 Franklin, TN 37068-5003 | | | | | |
| | Wells Fargo Home Mortgage P O Box 10335 Des Moines, IA 50306 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERG, ELIZABETH | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi P O Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Credit First PO Box 81083 Clevland, OH 44181 | | | | | |
| | Home Depot/CBSD PO Box 9714 Gray, TN 37615 | | | | | |
| | Menards P O Box 703 Wood Dale, IL 60191 | | | | | |
| | The City Of Rockford PO Box 1221 Rockford, IL 61105 | | | | | |
| 000001 | CAPITAL ONE,N.A | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - JUAN & HILDA MARTINEZ
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-01194   MB   Judge: MANUEL BARBOSA | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | MARTINEZ, JUAN F | | Date Filed (f) or Converted (c): | 01/12/11 (f) |
| | MARTINEZ, HILDA | | 341(a) Meeting Date: | 02/28/11 |
| For Period Ending: | 06/11/12 | | Claims Bar Date: | 09/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2 Unit property, 338 Moseley Elgin IL 60123   Auto Stay lifted 5/26/11 | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. 20 Acres of Land Lot 27 Unit 35 Sierre Prieto Sub   No market for sale of property | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Single family investment property, 424 Independenc   Auto Stay Lifted 3/10/11 | 50,000.00 | 0.00 | | 0.00 | FA |
| 4. Single family residence 118 Regent Drive Gilberts | 195,000.00 | 0.00 | | 0.00 | FA |
| 5. Checking account | 1,700.00 | 0.00 | | 0.00 | FA |
| 6. Furniture and appliances | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8. 401 K account | 30,000.00 | 0.00 | | 0.00 | FA |
| 9. 401K account | 55,000.00 | 0.00 | | 0.00 | FA |
| 10. Stocks | 3,000.00 | 0.00 | | 0.00 | FA |
| 11. 2002 Chrysler Town and Country | 4,000.00 | 0.00 | | 0.00 | FA |
| 12. 2004 Toyota Matrix | 3,000.00 | 0.00 | | 0.00 | FA |

LFORM1                                                                                                                                   Ver: 16.05c

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 1 - JUAN & HILDA MARTINEZ
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-01194 MB Judge: MANUEL BARBOSA | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | MARTINEZ, JUAN F | | Date Filed (f) or Converted (c): | 01/12/11 (f) |
| | MARTINEZ, HILDA | | 341(a) Meeting Date: | 02/28/11 |
| | | | Claims Bar Date: | 09/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. 2009 Nissan Quest | 18,000.00 | 0.00 | | 0.00 | FA |
| 14. Time Share, Royal Resorts Cancun | 5,000.00 | 0.00 | | 0.00 | FA |
| 15. Time Share, Diamond Resorts Sedona Arizona | 5,000.00 | 0.00 | | 0.00 | FA |
| 16. Tax Refund (u) | 0.00 | 6,798.00 | | 6,798.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.36 | Unknown |

TOTALS (Excluding Unknown Values)   $498,000.00   $6,798.00   $6,798.36   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered nonexempt proceeds of a tax return; Trustee analyzed claims; TFR was filed; final hearing was held 1/5/12; final distribution has been made; upon clearing of all checks, Trustee will submit her TDR and close case

Initial Projected Date of Final Report (TFR): 11/16/11    Current Projected Date of Final Report (TFR): 11/16/11

/s/   Elizabeth C. Berg, Trustee
_____   Date: 06/11/12
ELIZABETH C. BERG, TRUSTEE

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 16.05c

FORM 2 - JUAN & HILDA MARTINEZ

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-01194 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | MARTINEZ, JUAN F | | Bank Name: | Bank of America, N.A. |
| | MARTINEZ, HILDA | | Account Number / CD #: | *******4264  Money Market Account |
| Taxpayer ID No: | *******9600 | | | |
| For Period Ending: | 06/11/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  06/17/11 | 16 | Juan Martinez<br>118 Regent Drive<br>Gilberts IL  60136 | Income Tax Refund - 2010 | 1224-000 | 6,798.00 | | 6,798.00 |
| C  06/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 6,798.02 |
| C  07/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,798.07 |
| C  08/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,798.13 |
| C  09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,798.19 |
| C  10/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,798.25 |
| C  11/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,798.31 |
| C  12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,798.36 |
| C  12/29/11 | | Transfer to Acct #*******2616 | Bank Funds Transfer | 9999-000 | | 6,798.36 | 0.00 |

Page Subtotals     6,798.36     6,798.36

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2 JUAN & HILDA MARTINEZ                                                                                               Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                                              Exhibit 9

| Case No: | 11-01194 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | MARTINEZ, JUAN F | | Bank Name: | Bank of America, N.A. |
| | MARTINEZ, HILDA | | Account Number / CD #: | *******4264  Money Market Account |
| Taxpayer ID No: | *******9600 | | | |
| For Period Ending: | 06/11/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,798.36 | 6,798.36 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,798.36 | |
| | | | Subtotal | | 6,798.36 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,798.36 | 0.00 | |

Page Subtotals          0.00          0.00

Ver: 16.05c

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2 - JUAN & HILDA MARTINEZ

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-01194 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | MARTINEZ, JUAN F | Bank Name: | Congressional Bank |
| | MARTINEZ, HILDA | Account Number / CD #: | *******2616 Checking Account |
| Taxpayer ID No: | *******9600 | | |
| For Period Ending: | 06/11/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 12/29/11 | | Transfer from Acct #*******4264 | Bank Funds Transfer | 9999-000 | 6,798.36 | | 6,798.36 |
| C 01/11/12 | 003001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Trustee Compensation | 2100-000 | | 1,429.82 | 5,368.54 |
| C 01/11/12 | 003002 | Capital One, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 000001, Payment 64.97295% | 7100-000 | | 445.50 | 4,923.04 |
| C 01/11/12 | 003003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 64.97244% | 7100-000 | | 4,923.04 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,798.36 | 6,798.36 | 0.00 |
| Less: Bank Transfers/CD's | 6,798.36 | 0.00 | |
| Subtotal | 0.00 | 6,798.36 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,798.36 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********4264 | 6,798.36 | 0.00 | 0.00 |
| Checking Account - ********2616 | 0.00 | 6,798.36 | 0.00 |
| | 6,798.36 | 6,798.36 | 0.00 |
| Page Subtotals | 6,798.36 | 6,798.36 | |

Ver: 16.05c

FORM 2          JUAN & HILDA MARTINEZ
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-01194 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | MARTINEZ, JUAN F | | Bank Name: | Congressional Bank |
| | MARTINEZ, HILDA | | Account Number / CD #: | *******2616  Checking Account |
| Taxpayer ID No: | *******9600 | | | |
| For Period Ending: | 06/11/12 | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*